UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-11223-GAO

DONALD CAREY,
Plaintiff,

v.

ALCATEL-LUCENT,
Defendant and Counterclaimant,

v.

DONALD CAREY,
Counterclaim Defendant.

ORDER
June 10, 2010

O'TOOLE, D.J.

The magistrate judge to whom the matter was referred has filed a Report and Recommendation on Defendant's Motion for Summary Judgment, in which he recommends that the motion be granted as to the three claims against Alcatel-Lucent. No objection to the magistrate judge's recommendation has been received, and the time for filing such objections has passed.

After review of the relevant pleadings and papers, I ADOPT the Report and Recommendation without change. The defendant's motion for summary judgment (dkt. no. 17) is GRANTED. Judgment shall be entered in favor of the defendant.

It is SO ORDERED.

                                                                      /s/ George A. O'Toole, Jr.
                                                            United States District Judge