# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Alcatel-Lucent
Counter Claimant

Civil Action: 08-11223-GAO

V.

Donald Carey
Counter Defendant

## ORDER OF DISMISSAL

O'Toole, District Judge

In accordance with the ORDER entered on 7/26/2010 granting dkt. no.32 the Plaintiff's Motion to Dismiss in a Counterclaim it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

**BY THE COURT,**

/s/Christopher Danieli

Deputy Clerk

DATE : July 26, 2010